# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

John Doe
Plaintiff

v.

PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD
Defendant

3:23-cv-00149
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

John Doe

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

N/A

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

None

| | |
|---|---|
| Date: | January 19, 2023 |
| Signature: | /s/ Katherine Addleman |
| Print Name: | Katherine Addleman |
| Bar Number: | 00905400 |
| Address: | 2323 Victory Avenue, Suite 700 |
| City, State, Zip: | Dallas, TX 75219 |
| Telephone: | (214) 651-5000 |
| Fax: | (214)200-0860 |
| E-Mail: | kit.addleman@haynesboone.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.